TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: tara.elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

APR 2 8 2021

Clerk, U.S. District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS SCOTT COCKRILL, <br><br> Defendant. | CR 21- 19 -M- DLC <br><br> **INDICTMENT** <br><br> **ROBBERY AFFECTING COMMERCE** <br> (Counts I-III) <br> Title 18 U.S.C. § 1951(a) <br> (Penalty: Twenty years imprisonment, $250,000 fine, and three years of supervised release) <br><br> **BRANDISHING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE** <br> (Count IV and V) <br> Title 18 U.S.C. § 924(c)(1)(A)(ii) <br> (Penalty: Mandatory minimum seven years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release) |

1

|  | **DISCHARGING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE**<br>(Count VI)<br>Title 18 U.S.C. § 924(c)(1)(A)(iii)<br>(Penalty: Mandatory minimum ten years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release.)<br><br>**FELON IN POSSESSION OF A FIREARM**<br>(Count VII)<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release)<br><br>**FORFEITURE**<br>18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about February 9, 2021, in Missoula County, in the State and District of Montana, the defendant, THOMAS SCOTT COCKRILL, did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce, by robbery, as those terms are defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take and obtain property belonging to Blackjack Pizza, located at 2401 Brooks Street in Missoula, Montana, a restaurant, a business engaged in interstate commerce, in the presence of another individual and against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, in violation of 18 U.S.C. § 1951(a).

2

## COUNT II

That on or about February 9, 2021, in Lewis and Clark County, in the State and District of Montana, the defendant, THOMAS SCOTT COCKRILL, did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce, by robbery, as those terms are defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take and obtain property belonging to La Quinta Inn and Suites, located at 701 Washington Street, Helena, Montana, a hotel, a business engaged in interstate commerce, in the presence of another individual and against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, in violation of 18 U.S.C. § 1951(a).

## COUNT III

That on or about February 13, 2021, in Silver Bow County, in the State and District of Montana, the defendant, THOMAS SCOTT COCKRILL, did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce, by robbery, as those terms are defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take and obtain property belonging to Elevate Dispensary, located at 2905 Harrison Avenue in Butte, Montana, a marijuana dispensary, a business engaged in interstate commerce, in the presence of another individual and against his will by means of actual and threatened force,

violence, and fear of injury, immediate and future, to his person, in violation of 18 U.S.C. § 1951(a).

## COUNT IV

That on or about February 9, 2021, in Missoula County, in the State and District of Montana, the defendant, THOMAS SCOTT COCKRILL, did knowingly use and carry a firearm, during and in relation to, and possess a firearm, in furtherance of a crime of violence for which the defendant may be prosecuted in a Court of the United States, that is, robbery affecting commerce, as charged in Count I of this Indictment, in violation of 18 U.S.C. § 1951(a), and brandished the firearm in the course of committing the offense, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT V

That on or about February 9, 2021, in Lewis and Clark County, in the State and District of Montana, the defendant, THOMAS SCOTT COCKRILL, did knowingly use and carry a firearm, during and in relation to, and possess a firearm, in furtherance of a crime of violence for which the defendant may be prosecuted in a Court of the United States, that is, robbery affecting commerce, as charged in Count II of this Indictment, in violation of 18 U.S.C. § 1951(a), and brandished the firearm in the course of committing the offense, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT VI

That on or about February 13, 2021, in Silver Bow County, in the State and District of Montana, the defendant, THOMAS SCOTT COCKRILL, did knowingly use and carry a firearm, during and in relation to, and possess a firearm, in furtherance of a crime of violence for which the defendant may be prosecuted in a Court of the United States, that is, robbery affecting commerce, as charged in Count III of this Indictment, in violation of 18 U.S.C. § 1951(a), and discharged the firearm in the course of committing the offense, in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## COUNT VII

That on or between February 9th and February 13th of 2021, in Missoula, Lewis and Clark, and Silver Bow Counties, in the State and District of Montana, the defendant, THOMAS SCOTT COCKRILL, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Montana, knowingly possessed a firearm, which had been shipped or transported in interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE

Upon conviction of any of the offenses set forth in this indictment, the defendant, THOMAS SCOTT COCKRILL, shall forfeit, pursuant to 18 U.S.C.

§ 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Summons: _____
Warrant: ✓ _____

(State Custody - Butte-Silver Bow Detention Center)

6