

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

*Office of the Warden*

P.O. Box 13901
Seattle, Washington 98198-1091

December 30, 2021

Honorable Dana L. Christensen
U.S. District Court Judge
Russell Smith Courthouse
201 E. Broadway, Suite 410
Missoula, MT 59802

RE: Cockrill, Thomas Scott
    Reg. No.: 42521-509
    Case No.: CR 21-19-M-DLC

Dear Judge Christensen:

In accordance with your court order dated October 19, 2021, Mr. Crockrill was committed to the Federal Detention Center, SeaTac, Washington (FDC SeaTac), for a period of study to determine his mental competency.

The defendant arrived at FDC SeaTac on November 4, 2021. Ordinarily, the study period begins on the date of arrival. However, the Bureau of Prison's COVID-19 action plan requires all new arrivals to be quarantined for approximately 20 days for enhanced medical screening. The evaluation cannot commence until defendants have cleared the medical screening. Furthermore, FDC SeaTac is under modified operations, with restricted movement within the facility. These modified operations are expected to continue until further notice, and will impact our abilities to conduct and complete the evaluations under the normal time frames. We are thus unable to provide specific information as to timelines regarding completion of the evaluation and report, but will continue to provide updates to the Court. If the Court has questions or comments regarding the evaluation, please contact Ryan Nybo, Psy.D., Forensic Unit Psychologist, at (206) 870-5722.

Sincerely,

I. Jacquez
Warden

cc: Tara J. Elliott, AUSA
    John Rhodes, Defense Attorney