IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–19–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| THOMAS SCOTT COCKRILL, | |
| Defendant. | |

Before the Court is Defendant Thomas Scott Cockrill's Unopposed Motion to Continue Competency Hearing. (Doc. 48.) The motion states that Mr. Cockrill is currently still located at FDC SeaTac and is unavailable for the hearing set for tomorrow, June 9, 2022. (*Id.* at 3.) The United States does not oppose. (*Id.*)

Accordingly, IT IS ORDERED that the competency hearing set for June 9, 2022, at 9:00 a.m. is VACATED, to be reset by future order when Mr. Cockrill is transported to Montana and able to attend the hearing in accordance with 18 U.S.C. §§ 4241(e), 4247(d).

DATED this 8th day of June, 2022.

Dana L. Christensen, District Judge
United States District Court

1