Honorable Dana L. Christensen
U.S. District Court Judge -ie CR-21-19-m-DLC
District of Montana
Missoula Division
201 EAst Broadway Suite 410
Missoula, MT. 59802

march 1, 2026
monday 4pm

May it please the court, I, Thomas Scott Cockrill was previously sentenced by this authority and remanded into the custody and care of the BoP.

While serving that sentence, I have been beaten, raped and tortured. Medical documents from examinations by the BoP's investigators support that the allegation that these attacks took place.

Despite this evidence and congressional directives to eliminate prison rape, and contacting each Psychology department at every facility in which I have been housed, no thorough investigation has been forthcoming. Even inquires by my current Assistant Warden have been ignored. A culture of covering up abuse is rampant and being carried on by even my unit manager, who aided in covering up extensive abuse of female inmates at a previous facility. There are some few staff and officers who have attempted to help, but they are always re-assigned or silenced.

I seek two things, your honor. First, clarification that you did not intend for me to be beaten, raped and tortured as part of my sentence, and secondly, that if you did not, that you open proceedings, where I may submit evidence

in support of these allegations and where I may seek relief. I have a daughter currently in family court in your area, and she has no good alternatives for her own custody and care. I would like to get back to her so that we both may begin to heal.

Sincerely and Respectfully Submitted and So prayed The Defendant.

Thomas Scott Cockrill
Reg. No. 42521-509

Thomas Scott Cockrill Reg. No. 42521-509
United States Penitentiary - Tucson
P.O. Box 24550
Tucson, AZ. 85734